## NOVEMBER TERM, 1804.

---

### *The People* v. *Samuel and Job Wright.*

THE defendants were in the custody of the sheriff, on very heavy civil process, and while thus detained, a warrant was issued against them, by one of the special justices for the city of *New-York*, grounded on an authenticated copy of an indictment found against them, in *Massachusetts*, for a fraud alleged to have been committed there.

*Riker*, district attorney, on these facts moved to have them taken out of the custody of the sheriff and committed to Bridewell.

*Per Curiam.* We cannot do it. We have no jurisdiction over offences committed in other states. The constitution points out a mode by which offenders, flying from one state into another, may be claimed. They must be demanded by the executive authority of the state from which they fled. The prisoners must be remanded.